TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC  28540

EMERGENCY DEPLOYMENT INVOICES FOR THE MONTH OF APRIL 2011
CONTRACT NO: M67001-11-D-1001

| DEPLOY# | DATE IN | WEIGHT | AMOUNT |
| --- | --- | --- | --- |
| ED-208-11 | 4/4/2011 | 4576 | 677.25 |
| ED-209-11 | 4/5/2011 | 1763 | 541.24 |
| ED-210-11 | 4/7/2011 | 3800 | 1166.6 |
| ED-211-11 | 4/4/2011 | 130 | 39.91 |
| ED-212-11 | 4/27/2011 | 226 | 69.38 |
| ED-213-11 | 4/13/2011 | 1083 | 332.48 |
| ED-215-11 | 4/11/2011 | 57 | 17.5 |
| ED-216-11 | 4/11/2011 | 203 | 62.32 |
| ED-217-11 | 4/13/2011 | 364 | 111.75 |
| ED-218-11 | 4/14/2011 | 137 | 42.06 |
| ED-219-11 | 4/14/2011 | 117 | 17.32 |
| ED-221-11 | 4/27/2011 | 547 | 167.93 |
| ED-222-11 | 4/19/2011 | 439 | 134.77 |
| ED-224-11 | 4/30/2011 | 4284 | 1315.19 |
| ED-226-11 | 4/28/2011 | 1821 | 559.05 |
| ED-227-11 | 4/28/2011 | 391 | 120.04 |

5374.79

I CERTIFY THESE INVOICES TO BE CORRECT AND JUST AND THAT
PAYMENT HAS NOT BEEN RECEIVED.

DWAYNE CAULEY, MANAGER

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

**PLEASE REMIT TO:** TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

**DISBURSING OFFICE**
**BLDG. 1011**
**CAMP LEJEUNE, NC 28542**

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-174-11 | |
| | ED-208-11 | |
| PICK UP DATE | 04/01/11 | 4/4/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AE STORAGE FOR EMERGENCY | 4576 CWT | $0.49 | 30 | $672.67 |
| ITEM: 0004AC PERSONAL EFFECTS TURNED IN | 4576 #CWT | $0.10 NCWT | | $4.58 |
| | | | | $677.25 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*[signed]* Pat Csokasy
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON ___5/9/11___
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON ___4/1/11___
ACCEPTED ON ___4/30/11___
( ) PARTIAL  (✓) COMPLETE

*[signature]*                    ___5/11/11___
SIGNATURE            DATE SUBMITTED

09-06-11A10:13 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | |
|---|---|---|---|
| DATE: | 4/30/2011 | | |
| CONTRACT: | M67001-11-D-1001 | | |
| | J06-177-11 | | |
| | ED-209-11 | | |
| PICK UP DATE | 04/01/11 | 4/5/2011 | |
| DELIVERY DATE: | 04/30/11 | | |
| SDN# | M67001-11-T-1004 | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 1763 # CWT | $16.00 NCWT | | $282.08 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 1763 CWT | $0.49 | 30 | $259.16 |
| | | | | $541.24 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

*Pat Csokasy*
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL    (✓) COMPLETE

SIGNATURE                    5/11/11
                    DATE SUBMITTED

09-05-11 10:13 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-179-11 | |
| | ED-210-11 | |
| PICK UP DATE | 04/01/11 | 4/7/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 3800 # CWT | $16.00 NCWT | | $608.00 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 3800 CWT | $0.49 | 30 | $558.60 |
| | | | | $1,166.60 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_(signed)_ Pat Csokasy
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL    (✓) COMPLETE

_(signed)_           5/11/11
SIGNATURE     DATE SUBMITTED

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | | |
|---|---|---|---|---|
| DATE: | 4/30/2011 | | | |
| CONTRACT: | M67001-11-D-1001 | | | |
| | J08-175-11 | | | |
| | ED-211-11 | | | |
| PICK UP DATE | 04/01/11 | 4/4/2011 | | |
| DELIVERY DATE: | 04/30/11 | | | |
| SDN# | M67001-11-T-1004 | | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 130 # CWT | $16.00 NCWT | | $20.80 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 130 CWT | $0.49 | 30 | $19.11 |
| | | | | $39.91 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_____
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON __5/9/11__
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON __4/1/11__
ACCEPTED ON __4/30/11__
( ) PARTIAL ( ✓ ) COMPLETE

_____ __5/11/11__
SIGNATURE DATE SUBMITTED

09-05-11 10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-196-11 | |
| | ED-212-11 | |
| PICK UP DATE | 04/01/11 | 4/27/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-1-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 226 # CWT | $16.00 NCWT | | $36.16 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 226 CWT | $0.49 | 30 | $33.22 |
| | | | | $69.38 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_Pat Csokasy_
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL     (✓) COMPLETE

_D_                 5/11/11
SIGNATURE        DATE SUBMITTED

09-05-11

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | |
|---|---|---|---|
| DATE: | 4/30/2011 | | |
| CONTRACT: | M67001-11-D-1001 | | |
| | J09-193-11 | | |
| | E0-213-11 | | |
| PICK UP DATE | 04/01/11 | 4/13/2011 | |
| DELIVERY DATE: | 04/30/11 | | |
| SDN# | M67001-11-T-1004 | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 1083 # CWT | $16.00 NCWT | | $173.28 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 1083 CWT | $0.49 | 30. | $159.20 |
| | | | | $332.48 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_____
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON ___5/9/11___
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON ___4/1/11___
ACCEPTED ON ___4/30/11___
( ) PARTIAL    (✓) COMPLETE

_____    ___5/11/11___
SIGNATURE             DATE SUBMITTED

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

**DISBURSING OFFICE**
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | JOB-186-11 | |
| | ED-216-11 | |
| PICK UP DATE | 04/01/11 | 4/11/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA  PE PICKUPS & DELIVERIES M-F | 57 # CWT | $16.00 NCWT | | $9.12 |
| ITEM 0004AE  STORAGE FOR EMERGENCY | 57 CWT | $0.49 | 30 | $8.38 |
| | | | | $17.50 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_(signed) Pat Csokasy_
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON __5/9/11__
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON __4/1/11__
ACCEPTED ON __4/30/11__
( ) PARTIAL      (✓) COMPLETE

_(signature)_      __5/11/11__
SIGNATURE      DATE SUBMITTED

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | |
|---|---|---|---|
| DATE: | 4/30/2011 | | |
| CONTRACT: | M67001-11-D-1001 | | |
| | J08-187-11 | | |
| | EDI-216-11 | | |
| PICK UP DATE | 04/01/11 | 4/11/2011 | |
| DELIVERY DATE: | 04/30/11 | | |
| SDN# | M67001-11-T-1004 | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 203 # CWT | $16.00 NCWT | | $32.48 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 203 CWT | $0.49 | 30 | $29.84 |
| | | | | $62.32 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_____
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL      ( ) COMPLETE

_____  5/11/11
SIGNATURE        DATE SUBMITTED

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-189-11 | |
| | ED-217-11 | |
| PICK UP DATE | 04/01/11 | 4/13/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 364 # CWT | $16.00 NCWT | | $58.24 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 364 CWT | $0.49 | 30 | $53.51 |
| | | | | $111.75 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_____
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON __5/9/11__
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON __4/1/11__
ACCEPTED ON __4/30/11__
( ) PARTIAL  (✓) COMPLETE

_____  __5/11/11__
SIGNATURE           DATE SUBMITTED

09-05-11A10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

**DISBURSING OFFICE**
**BLDG. 1011**
**CAMP LEJEUNE, NC 28542**

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-190-11 | |
| | ED-218-11 | |
| PICK UP DATE | 04/01/11 | 4/14/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA  PE PICKUPS & DELIVERIES M-F | 137 # CWT | $16.00 NCWT | | $21.92 |
| ITEM 0004AE  STORAGE FOR EMERGENCY | 137 CWT | $0.49 | 30 | $20.14 |
| | | | | $42.06 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_(signed)_
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL     (✓) COMPLETE

SIGNATURE     DATE SUBMITTED  5/11/11

09-05-11A10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-191-11 | |
| | E0-219-11 | |
| PICK UP DATE | 04/01/11 | 4/14/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AE STORAGE FOR EMERGENCY | 117 CWT | $0.49 | 30 | $17.20 |
| ITEM: 0004AC PERSONAL EFFECTS TURNED IN | 117 #CWT | $0.10 NCWT | | $0.12 |
| | | | | $17.32 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_(signed)_
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON  5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON  4/1/11
ACCEPTED ON  4/30/11
( ) PARTIAL    (✓) COMPLETE

_(signed)_     5/11/11
SIGNATURE     DATE SUBMITTED

09-03-11A10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

**DISBURSING OFFICE**
**BLDG. 1011**
**CAMP LEJEUNE, NC 28542**

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J08-195-11 | |
| | ED-221-11 | |
| PICK UP DATE | 04/01/11 | 4/27/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 547 # CWT | $16.00 NCWT | | $87.52 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 547 CWT | $0.49 | 30 | $80.41 |
| | | | | $167.93 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_(signed)_ Pat Csokasy
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON __5/9/11__
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON __4/1/11__
ACCEPTED ON __4/30/11__
( ) PARTIAL  (✓) COMPLETE

_(signed)_   __5/11/11__
SIGNATURE    DATE SUBMITTED

09-05-11 10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | |
|---|---|---|---|
| DATE: | 4/30/2011 | | |
| CONTRACT: | M67001-11-D-1001 | | |
| | J06-192-11 | | |
| | ED-222-11 | | |
| PICK UP DATE | 04/01/11 | 4/19/2011 | |
| DELIVERY DATE: | 04/30/11 | | |
| SDN# | M67001-11-T-1004 | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 439 # CWT | $16.00 NCWT | | $70.24 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 439 CWT | $0.49 | 30 | $64.53 |
| | | | | $134.77 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

_[signature]_
PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON 5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON 4/1/11
ACCEPTED ON 4/30/11
( ) PARTIAL (✓) COMPLETE
_[signature]_ 5/11/11
SIGNATURE   DATE SUBMITTED

09-05-11A10:14 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | |
|---|---|---|
| DATE: | 4/30/2011 | |
| CONTRACT: | M67001-11-D-1001 | |
| | J06-193-11 | |
| | ED-224-11 | |
| PICK UP DATE | 04/01/11 | 4/27/2011 |
| DELIVERY DATE: | 04/30/11 | |
| SDN# | M67001-11-T-1004 | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 4284 # CWT | $16.00 NCWT | | $685.44 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 4284 CWT | $0.49 | 30 | $629.75 |
| | | | | $1,315.19 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

*Pat Csokasy*

PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON 5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON 4/1/11
ACCEPTED ON 4/30/11
( ) PARTIAL  (✓) COMPLETE

SIGNATURE    DATE SUBMITTED 5/11/11

09-05-11 A10:15 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/2011
CONTRACT: M67001-11-D-1001
J08-197-11
ED-226-11
PICK UP DATE 04/01/11 4/28/2011
DELIVERY DATE: 04/30/11
SDN# M67001-11-T-1004

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 1821 # CWT | $16.00 NCWT | | $291.36 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 1821 CWT | $0.49 | 30 | $267.69 |
| | | | | $559.05 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON 5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON 4/1/11
ACCEPTED ON 4/30/11
( ) PARTIAL  ✓ COMPLETE

SIGNATURE         DATE SUBMITTED  5/11/11

C9-05-11A10:15 RCVD

TERMINAL STORAGE CO., INC
22 DICKENS ST
JACKSONVILLE, NC 28540

PLEASE REMIT TO: TERMINAL STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | | | | |
|---|---|---|---|---|
| DATE: | 4/30/2011 | | | |
| CONTRACT: | M67001-11-D-1001 | | | |
| | J08-198-11 | | | |
| | ED-227-11 | | | |
| PICK UP DATE | 04/01/11 | 4/28/2011 | | |
| DELIVERY DATE: | 04/30/11 | | | |
| SDN# | M67001-11-T-1004 | | | |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0004AA PE PICKUPS & DELIVERIES M-F | 391 # CWT | $16.00 NCWT | | $62.56 |
| ITEM 0004AE STORAGE FOR EMERGENCY | 391 CWT | $0.49 | 30 | $57.48 |
| | | | | $120.04 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

PAT CSOKASY, SECRETARY

INVOICE RECEIVED ON 5/9/11
I CERTIFY THAT THE MATERIAL OR SERVICES
LISTED HEREON WERE RECEIVED ON 4/1/11
ACCEPTED ON 4/30/11
( ) PARTIAL  (✓) COMPLETE

SIGNATURE          DATE SUBMITTED 5/11/11

05-05-11A10:15 RCVD