MURRAY TRANSFER & STORAGE CO , INC
106 BELL FORK RD
JACKSONVILLE, NC

DEPLOYMENT INVOICES FOR THE MONTH OF APRIL 2012

CONTRACT NO: M67001-12-D-0010

| DEPLOY | WEIGHT | AMOUNT |
|---|---|---|
| D-37-12 | 6400 | 1331.2 |
| D-38-12 | 277 | 97.5 |
| D-39-12 | 852 | 197.66 |
| D-40-12 | 129 | 25.28 |
| D-41-12 | 8580 | 1218.36 |
| D-42-12 | 122 | 16.23 |
| D-43-12 | 3200 | 252.8 |
| D-44-12 | 587 | 78.07 |
| D-47-12 | 1680 | 178.08 |
| D-48-12 | 303 | 84.84 |
| D-50-12 | 270 | 55.35 |
| D-52-12 | 111 | 18.09 |
| D-53-12 | 177 | 23.54 |
| D-54-12 | 277 | 37.67 |
| D-55-12 | 213 | 28.97 |
| D-56-12 | 4360 | 462.16 |
| D-59-12 | 374 | 104 72 |
|  |  | 4210.52 |

I CERTIFY THESE INVOICES ARE TRUE & JUST AND THAT
PAYMENT HAS NO BEEN RECEIVED

DWAYNE CAULEY, IV MANAGER

Exhibit K

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

23.04

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-35-12
D-37-12
PICK UP DATE 04/19/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| Item | | | | | |
|---|---|---|---|---|---|
| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 6400 # CWT | $10.00 NCWT | | $640.00 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 6400 CWT | $0.90 | 12 | $691.20 |
| | | | | $1,331.20 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*(signed)* Pat Huber
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL        ( ) COMPLETE

_____        14 MAY 2012
SIGNATURE              DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J06-54-12
D-38-12
PICK UP DATE 04/03/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| Item | Qty | Rate | | Total |
|---|---|---|---|---|
| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 277 # CWT | $10.00 NCWT | | $27.70 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 277 CWT | $0.90 | 28 | $69.80 |
| | | | | $97.50 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_Pat Huber_

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL        ( ) COMPLETE

_____        14 MAY 2012
SIGNATURE        DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

4.60

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE:                                  4/30/12
CONTRACT:                              M67001-12-D-0010
                                       J03-32-12
                                       D-39-12
PICK UP DATE                           04/13/12
DELIVERY DATE:                         04/30/12


COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 852 #CWT | $7.00 NCWT |    | $59.64 |
| ITEM 0001AE STORAGE/ROUTINE-EMERGENCY/P.E. | 852 CWT  | $0.90      | 18 | $138.02 |

$197.66 ✓

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*Pat Huber* (signature)
PAT HUBER, SECRETARY

INVOICE RECEIVED ON_____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON_____

ACCEPTED ON_____
( ) PARTIAL            ( ) COMPLETE

_____       14 MAY 2012
SIGNATURE              DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

.54

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-34-12
D-40-12
PICK UP DATE 04/17/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0001AA (PK) PICKUP & DELIVERIES (M-F) | 129 #CWT | $7.00 NCWT | | $9.03 |
| ITEM 0001AE STORAGE/ ROUTINE-EMERGENCY/P.E. | 129 CWT | $0.90 | 14 | $16.25 |
| | | | | $25.28 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*(signed)* Pat Huber
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL           ( ) COMPLETE

_____          14 MAY 2012
SIGNATURE          DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

20.59

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-36-12
D-41-12
PICK UP DATE 04/23/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| Item | Qty | Rate | | Amount |
|---|---|---|---|---|
| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 8580 #CWT | $7.00 NCWT | | $600.60 |
| ITEM 0001AB STORAGE/ ROUTINE-EMERGENCY/P.E. | 8580 CWT | $0.90 | 8 | $617.76 |
| | | | | $1,218.36 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*[signature]*
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL          ( ) COMPLETE

_____  14 MAY 12
SIGNATURE         DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

,26

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | |
|---|---|
| DATE: | 4/30/12 |
| CONTRACT: | M67001-12-D-0010 |
| | J03-38-12 |
| | D-42-12 |
| PICK UP DATE | 04/24/12 |
| DELIVERY DATE: | 04/30/12 |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 122 #CWT | $7.00 NCWT | | $8.54 |
| ITEM 0001AE STORAGE/ ROUTINE-EMERGENCY/P.E. | 122 CWT | $0.90 | 7 | $7.69 |
| | | | | $16.23 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_(signature)_
PAT HUBER, SECRETARY

INVOICE RECEIVED ON_____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON_____

ACCEPTED ON_____
( ) PARTIAL          ( ) COMPLETE

_____  14 MAY 12
SIGNATURE     DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

9|6

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE:                                    4/30/12
CONTRACT:                                M67001-12-D-0010
                                         J03-46-12
                                         D-43-12
PICK UP DATE                             04/30/12
DELIVERY DATE:                           04/30/12


COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 3200 #CWT | $7.00 NCWT |   | $224.00 |
| ITEM 0001AE STORAGE/ ROUTINE-EMERGENCY/P.E. | 3200 CWT | $0.90 | 1 | $28.80 |

                                                                        $252.80

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*(signed)* Pat Huber

PAT HUBER, SECRETARY

INVOICE RECEIVED ON_____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON_____

ACCEPTED ON_____
( ) PARTIAL                    ( ) COMPLETE

_____           14 May 12
SIGNATURE                     DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542

| | |
|---|---|
| DATE: | 4/30/12 |
| CONTRACT: | M67001-12-D-0010 |
| | J03-40-12 |
| | D-44-12 |
| PICK UP DATE | 04/24/12 |
| DELIVERY DATE: | 04/30/12 |

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| | | | | |
|---|---|---|---|---|
| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 587 #CWT | $7.00 NCWT | | $41.09 |
| ITEM 0001AE STORAGE/ ROUTINE-EMERGENCY/P.E. | 587 CWT | $0.90 | 7 | $36.98 |
| | | | | $78.07 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

*Pat Huber* (signature)
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL     ( ) COMPLETE

_____   14 May 12
SIGNATURE        DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

2.02

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE:                           4/30/12
CONTRACT:                       M67001-12-D-0010
                                J03-42-12
                                D-47-12
PICK UP DATE                    04/27/12
DELIVERY DATE:                  04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 1680 #CWT | $7.00 NCWT |   | $117.60 |
| ITEM 0001AE STORAGE/ROUTINE-EMERGENCY/P.E. | 1680 CWT | $0.90 | 4 | $60.48 |

$178.08

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL          ( ) COMPLETE

                        14 MAY 12
SIGNATURE              DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

1.82

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE:                           4/30/12
CONTRACT:                       M67001-12-D-0010
                                J06-58-12
                                D-48-12
PICK UP DATE                    04/11/12
DELIVERY DATE:                  04/30/12


COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 303 # CWT | $10.00 NCWT | | $30.30 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 303 CWT | $0.90 | 20 | $54.54 |

$84.84

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*Pat Huber* (signature)

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL           ( ) COMPLETE

_____       14 MAY 12
SIGNATURE              DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1306
FAYETTEVILLE, NC 28302

1.22

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-33-12
D-50-12
PICK UP DATE 04/16/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0001AA (FE) PICKUP & DELIVERIES (M-F) | 270 #CWT | $7.00 NCWT | | $18.90 |
| ITEM 0001AE STORAGE/ ROUTINE-EMERGENCY/P.E. | 270 CWT | $0.90 | 15 | $36.45 |
| | | | | $55.35 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

_Pat Huber_
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL        ( ) COMPLETE

_____  14 MAY 12
SIGNATURE             DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-37-12
D-52-12
PICK UP DATE 04/24/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM | | | | |
|---|---|---|---|---|
| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 111 # CWT | $10.00 NCWT | | $11.10 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 111 CWT | $0.90 | 7 | $6.99 |
| | | | | $18.09 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*[signature]*
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL     ( ) COMPLETE

_____  14 MAY 12
SIGNATURE    DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

27

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-39-12
D-53-12
PICK UP DATE 04/24/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| Item | Qty | Rate | | Amount |
|---|---|---|---|---|
| ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F) | 177 #CWT | $7.00 NCWT | | $12.39 |
| ITEM 0001AB STORAGE/ ROUTINE-EMERGENCY/P.E. | 177 CWT | $0.90 | 7 | $11.15 |
| | | | | $23.54 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*Pat Huber*
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL     ( ) COMPLETE

_____     14 MAY 12
SIGNATURE          DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

33

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-44-12
D-54-12
PICK UP DATE 04/27/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 277 # CWT | $10.00 NCWT | | $27.70 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 277 CWT | $0.90 | 4 | $9.97 |

$37.67 ✓

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT HAS NOT BEEN RECEIVED.

*[signature: Pat Huber]*

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL       ( ) COMPLETE

_____   14 MAY 12
SIGNATURE         DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

26

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J03-43-12
D-55-12
PICK UP DATE 04/27/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM | Qty | Rate | | Amount |
|---|---|---|---|---|
| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 213 # CWT | $10.00 NCWT | | $21.30 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 213 CWT | $0.90 | 4 | $7.67 |
| | | | | $28.97 |

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*[signature]*
PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL            ( ) COMPLETE

_____   14 MAY 12
SIGNATURE       DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC.
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

5.22

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE:                               4/30/12
CONTRACT:                           M67001-12-D-0010
                                    J03-41-12
                                    D-66-12
PICK UP DATE                        04/27/12
DELIVERY DATE:                      04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

ITEM 0001AA (PE) PICKUP & DELIVERIES (M-F)   4360 #CWT   $7.00 NCWT        $305.20
ITEM 0001AB STORAGE/ROUTINE-EMERGENCY/P.E.   4360 CWT    $0.90         4   $156.96

                                                                           $462.16

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

*(signed)* Pat Huber

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL           ( ) COMPLETE

_____     14 MAY 12
SIGNATURE                  DATE SUBMITTED

MURRAY TRANSFER & STORAGE CO., INC
106 BELL FORK ROAD
JACKSONVILLE, NC 28540

2.54

PLEASE REMIT TO: MURRAY TRANSFER & STORAGE CO., INC
P.O. BOX 1300
FAYETTEVILLE, NC 28302

DISBURSING OFFICE
BLDG. 1011
CAMP LEJEUNE, NC 28542
DATE: 4/30/12
CONTRACT: M67001-12-D-0010
J08-45-12
D-59-12
PICK UP DATE 04/11/12
DELIVERY DATE: 04/30/12

COMPLETE SERVICES OF HOUSEHOLD GOODS:

| ITEM | | | | |
|---|---|---|---|---|
| ITEM 0002AA ROUTINE PU & DELIVERIES HHGS | 374 # CWT | $10.00 NCWT | | $37.40 |
| ITEM 0002AH ROUTING/EMERG/HHGS | 374 CWT | $0.90 | 20 | $67.32 |

$104.72

I CERTIFY THAT THE INVOICE IS TRUE & JUST AND THAT PAYMENT
HAS NOT BEEN RECEIVED.

PAT HUBER, SECRETARY

INVOICE RECEIVED ON _____
I CERTIFY THAT THE MATERIAL OR SERVICES

LISTED HEREON WERE RECEIVED ON _____

ACCEPTED ON _____
( ) PARTIAL        ( ) COMPLETE

_____    14 MAY 12
SIGNATURE          DATE SUBMITTED