BUSINESS & LOGISTICS SUPPORT DEPARTMENT
MARINE CORPS BASE
CAMP LEJEUNE, N.C. 28542-5000

4050
TMD
12 May 2011

From: Traffic Management Officer

To: Officer-in Charge, Marine Corps Base Disbursing

Subj: Request for Preparation of Navcompt Form 2277

Encl: (1) Terminal Storage Co. Inc.

Ref: Emergency Deployment Storage

Month of April 1st-30th

| | |
|---|---|
| Contract Number | M67001-11-D-1001 |
| Number of Invoices | 16 |
| Amount: | $5,374.79 |

P.R. Builder Authorizing Signature: _Tonnie Padgett_ Date: 12 May 2011

Given by: _[signature]_ Date: May 12, 2011

Personal Property Supervisor Signature: _[signature]_ Date: 5/12/11