

```
DISTRIBUTION MANAGEMENT OFFICE
         Marine Corps Base
          PSC Box 20006
Camp Lejeune, North Carolina 28542-0006
```

In Reply, Refer to:
4050
DMO/RLK
15 May 12

From: Distribution Management Officer

To: Officer-in Charge, Marine Corps Base Disbursing

Subj: Request for Preparation of Navcompt Form 2277

Encl: (1) Murray Transfer & Storage Co. Inc.

Ref: Emergency Deployment Storage

Month of April 1st - 30th

**Contract Number**                     M67001-12-D-0010

**Number of Invoices**                  17

**Amount:**                             $4,210.52

P.R. Builder Authorizing Signature: _Donna Padgett_  Date: 15 May 12
Donna Padgett

Prepared by: _Raquel Keith_  Date: May 15, 2012

Operations Officer: _Michael J. Gorman_  Date: 5/15/12

**\*\*\*\* FOR OFFICIAL USE ONLY - Privacy Sensitive \*\*\*\***