IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-133-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MURRAY TRANSFER & STORAGE COMPANY, INC., | ) | |
| TERMINAL STORAGE COMPANY, INC., | ) | |
| and CHARLES DWAYNE CAULEY, | ) | |
| | ) | |
| Defendants. | ) | |

On June 23, 2016, the defendants moved to stay discovery [D.E. 10]. On July 7, 2016, plaintiffs responded in opposition [D.E. 12]. The motion to stay discovery [D.E. 10] lacks merit and is DENIED.

SO ORDERED. This _8_ day of July 2016.

JAMES C. DEVER III
Chief United States District Judge