UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-cv-00133-D

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MURRAY TRANSFER & STORAGE COMPANY, INC., TERMINAL STORAGE COMPANY, INC., and CHARLES DWAYNE CAULEY,<br><br>Defendants. | **ORDER APPOINTING MAGISTRATE JUDGE AS MEDIATOR** |

Upon consideration of the Joint Motion to Appoint Magistrate Judge for Mediation, and for good cause shown, the Joint Motion is hereby GRANTED;

It is ORDERED that Magistrate Judge ___Gates___ shall serve as a mediator in the above referenced case.

SO ORDERED.

This the __3__ day of __March__, 2017.

_____J. Dever_____