IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:16-CV-133-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MURRAY TRANSFER & STORAGE ) | |
| COMPANY, INC., TERMINAL STORAGE ) | |
| COMPANY, INC., and CHARLES ) | |
| DWAYNE CAULEY, ) | |
| ) | |
| Defendants. ) | |

This case is before the court on the unopposed motion (D.E. 35) by plaintiff United States of America to excuse the ultimate government decision-makers with the United States Attorney's Office from in-person attendance at the settlement conference scheduled for 17 March 2017 (*see* D.E. 34). There being no opposition to the motion and good cause having been shown, the motion is ALLOWED. The ultimate government decision-makers from the United States Attorney's Office are excused from in-person attendance at the conference and are allowed to participate through litigation counsel. The ultimate government decision-makers shall be available by telephone during the entire settlement conference. Nothing herein shall be deemed to limit the court's discretion with respect to arrangements for any further settlement proceedings in this case.

SO ORDERED, this 15 day of March 2017.

James E. Gates
United States Magistrate Judge